UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **BOARD of WATER and SEWER COMMISSIONERS of the CITY of MOBILE, dba MOBILE AREA WATER & SEWER SYSTEM; and** <br><br> **U.S. DEPT. OF AGRICULTURE RURAL DEVELOPMENT,** <br><br> **Defendants.** | **CIVIL ACTION NO.** <br> **1:21-cv-00241-JB** |

## JOINT STIPULATION TO CONTINUE

Plaintiff Mobile County Water, Sewer & Fire Protection Authority ("Plaintiff" or "Mobile County Water") and Defendant Board of Water and Sewer Commissioners of the City of Mobile, dba Mobile Area Water & Sewer System ("Defendant" or "MAWSS") (collectively referred to as "the parties"), by and through their undersigned counsel, hereby submit this Joint Stipulation to Continue the Hearing on Plaintiff's Motion for Preliminary Injunction and Defendant's Motion to Dismiss currently scheduled for June 23, 2021. The parties seek a continuance to attempt resolution of this matter through ongoing settlement discussions.

WHEREFORE, the parties respectfully request this Court enter an order continuing the June 23, 2021 hearing.

Respectfully submitted this 15th day of June, 2021,

*/s/ Danielle E. Douglas*
Danielle E. Douglas

        Todd D. Engelhardt
        Adams and Reese LLP
        1901 6th Avenue North, Suite 3000
        Birmingham, AL 35203-3367
        (205) 250-5000
        (205) 250-5034 (facsimile)
        danielle.douglas@arlaw.com
        todd.engelhardt@arlaw.com

        A. Patrick Dungan
        ADAMS AND REESE LLP
        11 North Water Street, Suite 23200
        Mobile, AL 36602
        (251) 433-3234
        patrick.dungan@arlaw.com
        ***Counsel for Plaintiff Mobile County Water***

        /s/ Lawrence M. Wettermark
        LAWRENCE M. WETTERMARK (WETTL2146)
        lwettermark@gallowayllp.com
        ANDREW J. RUTENS (RUTEA8549)
        arutens@gallowayllp.com
        GALLOWAY, WETTERMARK
        & RUTENS, LLP
        Post Office Box 16629
        Mobile, Alabama 36616-0629
        PH: (251)476-4493 / FX: (251)479-5566
        ***Counsel for Defendant MAWSS***

## **CERTIFICATE OF SERVICE**

     I certify that on this 15th day of June 2021, I electronically filed the foregoing using the CM/ECF system, which will automatically serve all counsel of record.

        /s/ *Danielle E. Douglas*
        OF COUNSEL