UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD of WATER and SEWER COMMISSIONERS of the CITY of MOBILE, dba MOBILE AREA WATER & SEWER SYSTEM; and<br><br>U.S. DEPT. OF AGRICULTURE RURAL DEVELOPMENT,<br><br>Defendants. | CIVIL ACTION NO.<br>1:21-cv-00241-JB |

**JOINT STATUS REPORT**

Plaintiff Mobile County Water, Sewer & Fire Protection Authority ("MCW") and Defendant Board of Water and Sewer Commissioners of the City of Mobile, dba Mobile Area Water & Sewer System ("MAWSS")," by and through their undersigned counsel, hereby submit this Joint Status Report, pursuant to the Court's July 21, 2021 Order (Doc. 27).[1]

The parties have exchanged draft settlement agreements which would resolve the issues raised in MCW's pleading regarding MAWSS' activities within MCW's designated service area *vis-à-vis* the proposed development of the South Alabama Logistics Park. The developer is also involved in negotiations with MCW, and it is anticipated that a resolution is near. MCW and

---

[1] Defendant U.S. Dept. of Agriculture Rural Development has not yet appeared in the case.

MAWSS are both governmental entities, and as such each must undertake certain procedural steps to negotiate and ratify any final agreement. The parties both vow to undertake such steps as quickly as possible in order to move this case off of the Court's docket. However, no agreement is yet in place, and the parties beg the Court's indulgence as they reach finality with their proposals. Any agreement would be followed by an immediate dismissal of MCW's Complaint.

Respectfully submitted this 23rd day of July 2021,

*/s/ Todd D. Engelhardt*
Todd D. Engelhardt
Danielle E. Douglas
Adams and Reese LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL 35203-3367
(205) 250-5000
(205) 250-5034 (facsimile)
todd.engelhardt@arlaw.com
danielle.douglas@arlaw.com

A. Patrick Dungan
ADAMS AND REESE LLP
11 North Water Street, Suite 23200
Mobile, AL 36602
(251) 433-3234
patrick.dungan@arlaw.com
**Counsel for Plaintiff Mobile County Water**

*/s/* Lawrence M. Wettermark
LAWRENCE M. WETTERMARK
lwettermark@gallowayllp.com
ANDREW J. RUTENS
arutens@gallowayllp.com
GALLOWAY, WETTERMARK
& RUTENS, LLP
Post Office Box 16629
Mobile, Alabama 36616-0629
PH: (251)476-4493 / FX: (251)479-5566
**Counsel for Defendant MAWSS**

## **CERTIFICATE OF SERVICE**

      I certify that on this 23rd day of July 2021, I electronically filed the foregoing using the CM/ECF system, which will automatically serve all counsel of record.

                                      /s/ *Todd D. Engelhardt*
                                      OF COUNSEL