**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY,** | \* \* \* \* |
| **Plaintiff,** | \* \* |
| vs. | \* \* \* | **CIVIL ACTION NO. 1:21-cv-00241-JB** |
| **BOARD of WATER and SEWER COMMISSIONERS of the CITY of MOBILE, dba MOBILE AREA WATER & SEWER SYSTEM; and** | \* \* \* \* |
| **U.S. DEPT. OF AGRICULTURE RURAL DEVELOPMENT,** | \* \* \* |
| **Defendants.** | \* |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Mobile County Water, Sewer & Fire Protection Authority ("Plaintiff" or "Mobile County Water") and Defendant Board of Water and Sewer Commissioners of the City of Mobile, dba Mobile Area Water & Sewer System ("Defendant" or "MAWSS") (collectively referred to as "the parties"), by and through their undersigned counsel, hereby submit this Joint Stipulation of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a). In support of this Joint Stipulation, the parties state the following:

1. Plaintiff filed this lawsuit on May 18, 2021 in the United States District Court for the Southern District of Alabama.

2. The parties reached an agreement to resolve the claims brought by Plaintiff in this case on July 28, 2021.

WHEREFORE, the parties respectfully request this Court enter an order dismissing this action **without prejudice,** each party to pay its own costs.

Respectfully submitted this 29th day of July, 2021,

*/s/ Todd D. Engelhardt*
Todd D. Engelhardt
Danielle E. Douglas
Adams and Reese LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL 35203-3367
(205) 250-5000
(205) 250-5034 (facsimile)
todd.engelhardt@arlaw.com
danielle.douglas@arlaw.com

A. Patrick Dungan
ADAMS AND REESE LLP
11 North Water Street, Suite 23200
Mobile, AL 36602
(251) 433-3234
patrick.dungan@arlaw.com
***Counsel for Plaintiff Mobile County Water***

*/s/ Lawrence J. Wettermark*
LAWRENCE M. WETTERMARK
lwettermark@gallowayllp.com
ANDREW J. RUTENS
arutens@gallowayllp.com
GALLOWAY, WETTERMARK
& RUTENS, LLP
Post Office Box 16629
Mobile, Alabama 36616-0629
PH: (251)476-4493 / FX: (251)479-5566
***Counsel for Defendant MAWSS***

## **CERTIFICATE OF SERVICE**

I certify that on this 29th day of July 2021, I electronically filed the foregoing using the CM/ECF system, which will automatically serve all counsel of record.

/s/ *Todd D. Engelhardt*
OF COUNSEL